Decided March 9, 1898.

UNITED STATES INVESTMENT COMPANY *v.* NICHOLAS.

From Multnomah: LOYAL B. STEARNS, Judge.

This was a suit for the foreclosure of a mortgage. Defendant H. B. Nicholas objected to the confirmation of the sale and appealed from an order overruling his objections.   At the day set for hearing the appeal no one appeared to represent the appellant, and the trial fee was not paid, whereupon the appeal was dismissed. No opinion.

DISMISSED.

Decided March 9, 1898.